ELLIOTT N. KANTER, ESQ., CSB # 95054
LAW OFFICES OF ELLIOTT N. KANTER
2445 5TH AVENUE, SUITE 350
SAN DIEGO, CA 92101
TEL: 619-231-1883
FAX: 619-324-4553

FILED
FEB 18 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for Defendant, CESAR M. VALLADOLID

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 09cr4255 |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TO CONTINUE |
| v. ) | SENTENCING DATE |
| CESAR VALLADOLID-MELENDEZ, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT sentencing for Defendant CESAR VALLADOLID-MELENDEZ be continued from March 8, 2010 to April 9, 2010 at 9:00 a.m.

DATED: 2-17-10

HONORABLE GORDON THOMPSON
UNITED STATES DISTRICT JUDGE

- 1 -