FILED
MAY 13 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CESAR VALLADOLID-MELENDEZ, ) <br> ) <br> Defendant. ) | CASE NO. 09CR4255-GT <br><br> **ORDER TO HOUSE DEFENDANT AT MCC** |

TO:   THE UNITED STATES MARSHAL OR HIS REPRESENTATIVE:

After a hearing on May 11, 2010, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Marshal shall have defendant, Cesar Valladolid-Melendez, Reg. No. 16779-298, housed at the Metropolitan Correctional Center in San Diego, during the pendency of his case. This will allow Mr. Valladolid-Melendez to have contact with his attorney in order to prepare his case.

**SO ORDERED**.

Dated: May 12, 2010

GORDON THOMPSON, JR.
United States District Judge