UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 0 9 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 09CR4255-GT |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| CESAR VALLADOLID-MELENDEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of the Indictment/Information: 8:1326 (a) and (b) - Deported Alien Found in the United States.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/9/10

GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE